In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00089-CV

____________


STELE WAYNE JAMES, Appellant


V.


PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee






On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 892474 





MEMORANDUM OPINION


 This Court was notified that the parties had settled this case. We therefore
notified the parties of our intent to dismiss. Neither party responded to the notice.

 Accordingly, we dismiss this appeal for lack of subject matter jurisdiction. See
Tex. R. App. P. 42.3(a).

PER CURIAM

Panel consists of Justices Jennings, Alcala, and Higley.